1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
PAUL SACHELARI, CSBN 230082
4 Special Assistant United States Attorney
    Social Security Administration
5     333 Market St., Suite 1500
    San Francisco, CA 94105
6     Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
7     Email: Paul.Sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMILIO CHAPA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 09-04614 (E)<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: 12/15/10

_____
HON. CHARLES F. EICK
United States Magistrate Judge